# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NORTHSTAR SYSTEMS LLC, | Case No. 2:22-cv-00139-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| XIAOMI CORPORATION, XIAOMI COMMUNICATIONS CO., LTD, and XIAOMI INC., | |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff NorthStar Systems LLC ("Plaintiff") hereby gives notice that the above-captioned action against Defendants Xiaomi Corporation, Xiaomi Communications Co., Ltd., and Xiaomi Inc. (collectively, "Defendants") is voluntarily dismissed WITH PREJUDICE, with each party to bear its own costs and fees.

Dated: September 15, 2022

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ, 07078
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
NORTHSTAR SYSTEMS LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 15, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
